# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DAIRIUS D'WAYNE KINNIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:23-CV-980-SRW |
| ) | |
| ELIZABETH ALLEN, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the motion of St. Louis County to quash service on Defendant Elizabeth Allen. ECF No. 15. For the following reasons, the Court will grant the motion and order St. Louis County to submit Defendant Allen's last known residential address and/or forwarding work address under seal and *ex parte*.

On September 14, 2023, this Court ordered the Clerk to issue process or cause process to issue upon the amended complaint as to defendants Scott Anders and Elizabeth Allen in their individual capacities. ECF No. 8. Within the instant motion to quash, St. Louis County asserts that Defendant Allen is no longer an employee of the County and a "County employee mistakenly accepted service on behalf of Defendant Allen on September 26, 2023, not realizing that St. Louis County was not authorized to accept service on her behalf." ECF No. 16. As a result, the Court will order St. Louis County to submit the last known residential address and/or forwarding work address for Defendant Allen under seal and *ex parte*.

Accordingly,

**IT IS HEREBY ORDERED** that the motion of St. Louis County to quash service on Defendant Elizabeth Allen [ECF No. 15] is **GRANTED**.

**IT IS FURTHER ORDERED** that St. Louis County is directed to submit the last known residential address and/or forwarding work address for Defendant Elizabeth Allen under seal and *ex parte*. no later than twenty-one (21) days from the date of this Order.

Dated this 28th day of September, 2023.

_____
STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE